IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MARCELINE HOPE ENGLER                                                    PLAINTIFF

v.                                    CIVIL NO. 5:26-05120-DCF

U.S. DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT                                                        DEFENDANT

## ORDER

Now before the Court is the Report and Recommendation (ECF No. 9) of the Honorable

Christy Comstock, United States Magistrate Judge for the Western District of Arkansas.  Fourteen

(14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds that the

Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS**

**ENTIRETY.**  Accordingly, **IT IS ORDERED** that upon preservice screening pursuant to 28

U.S.C. § 1915(e)(2), Plaintiff's Motion for Service (ECF No. 3) is **DENIED**.  Plaintiff's claim is

**DISMISSED WITHOUT PREJUDICE** because the Defendant is immune from suit as an agency

of the United States who has not waived its immunity.  The Clerk of the Court is directed to close

the case.

**IT IS SO ORDERED** this 10th day of July 2026.

*/s/ David Clay Fowlkes*

DAVID CLAY FOWLKES
UNITED STATES DISTRICT JUDGE